UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LASALLE HERRMANN,

              Movant,

-against-

UNITED STATES OF AMERICA,

              Respondent.

1:20-CV-3995 (LGS)

1:16-CR-0814 (LGS)

ORDER

LORNA G. SCHOFIELD, United States District Judge:

    WHEREAS, the Government informed the Court by email that Movant was moved from USP Thomson and now resides at the Metropolitan Correctional Center in New York, New York.

    The Clerk of Court is respectfully requested to modify Movant's address on the docket to the following, and to mail this Order to pro se Movant.

    MCC New York
    METROPOLITAN CORRECTIONAL CENTER
    150 PARK ROW
    NEW YORK, NY  10007

SO ORDERED.

Dated: August 5, 2020
       New York, New York

                                                  LORNA G. SCHOFIELD
                                              **UNITED STATES DISTRICT JUDGE**